JOHN M. FUJII, SBN 172718
JFujii@SilverWrightLaw.com
ADRIANNA C. PAIGE, SBN 204902
APaige@SilverWrightLaw.com
SILVER & WRIGHT LLP
3 Corporate Park, Suite 100
Irvine, CA 92606
Phone: 949-385-6431
Fax: 949-385-6428

Attorneys for Defendants
County of San Bernardino,
Gary Wheeler, Thun Houn, and
Jason Calvert

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.R., a minor, by and through her guardian *ad litem* Ariana Toscano, individually and as successor in interest to Juan Ramon Ramos, deceased; and RAMONA TERRAZAS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; GARY WHEELER; THUN HOUN; JASON CALVERT; and DOES 4-10, inclusive<br><br>Defendants. | Case Number: 5:19-cv-01023-JGB-SP<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Honorable District Judge Jesus Bernal<br>Magistrate Judge: Sheri Pym<br><br>**STIPULATION TO DISMISS WITH PREJUDICE CERTAIN CLAIMS IN PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>[Proposed] Order filed concurrently herewith<br><br>Trial Date: January 11, 2022 |

# STIPULATION

Plaintiffs V.R., a minor, by and through her guardian *ad litem* Ariana Toscano, individually and as successor in interest to Juan Ramon Ramos, deceased, and RAMONA TERRAZAS (collectively, "Plaintiffs") and Defendants COUNTY OF SAN BERNARDINO (the "County"), GARY WHEELER, THUN HOUN, and JASON CALVERT (collectively, "Defendants") hereby stipulate to the dismissal with prejudice of certain claims in Plaintiffs' Third Amended Complaint (ECF No. 40), the operative complaint in this action.

Plaintiffs' Third Amended Complaint contains the following eight claims:

1. First Claim for Unreasonable Search and Seizure – Excessive Force (42 U.S.C. § 1983) by Plaintiff V.R. against Defendants Jason Calvert, Gary Wheeler, and Thun Houn.

2. Second Claim for Unreasonable Search and Seizure – Denial of Medical Care (42 U.S.C. § 1983) by Plaintiff V.R. against Defendants Jason Calvert, Gary Wheeler, and Thun Houn.

3. Third Claim for Due Process – Interference with Familial Relationship (42 U.S.C. § 1983) by Plaintiffs V.R. and Ramona Terrazas against Defendants Jason Calvert, Gary Wheeler, and Thun Houn.

4. Fourth Claim for Municipal Liability – Inadequate Training (42 U.S.C. § 1983) by Plaintiff V.R. against Defendant County.

5. Fifth Claim for Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983) by Plaintiff V.R. against Defendant County.

6. Sixth Claim for Battery (wrongful death and survival) by all named Plaintiffs against all named Defendants.

7. Seventh Claim for Negligence (wrongful death and survival) by all named Plaintiffs against all named Defendants.

8. Eighth Claim for Violation of Cal. Civil Code § 52.1 by all named

Plaintiffs against all named Defendants.

Pursuant to Local Rule 7-3, counsel for Plaintiffs and counsel for Defendants have met and conferred regarding the filing of cross motions for summary judgment. As part of the meet and confer process, Plaintiffs have agreed to dismiss with prejudice the following three claims in their Third Amended Complaint:

1. Second Claim for Unreasonable Search and Seizure – Denial of Medical Care (42 U.S.C. § 1983) by Plaintiff V.R. against Defendants Jason Calvert, Gary Wheeler, and Thun Houn.
2. Fourth Claim for Municipal Liability – Inadequate Training (42 U.S.C. § 1983) by Plaintiff V.R. against Defendant County.
3. Fifth Claim for Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983) by Plaintiff V.R. against Defendant County.

Defendants agree that, even after the dismissal of Plaintiffs' federal claims against the County, the County is still a Defendant in this action under Plaintiffs' state law claims against the County. Defendants also agree that, Plaintiffs' dismissal of these claims does not make Defendants the prevailing party under Local Rule 54-1, and Defendants will not seek prevailing party costs against Plaintiffs as a result of the dismissals set forth in this Stipulation.

Based on foregoing, GOOD CAUSE exists for the parties' request to dismiss with prejudice the second, fourth, and fifth claims in Plaintiffs' Third Amended Complaint (ECF No. 40).

IT IS SO STIPULATED.

///
///
///
///

Pursuant to Local Rule 5-4.3.4, by my signature below I, John M. Fujii, attest that all other signatories concur in this filing's content and have authorized this filing.

Dated:  September 28, 2021                                  SILVER & WRIGHT LLP

                                                            By:  */s/ John M. Fujii*
                                                                 JOHN M. FUJII
                                                                 ADRIANNA C. PAIGE
                                                                 Attorney for Defendants
                                                                 County of San Bernardino,
                                                                 Gary Wheeler, Thun Houn, and
                                                                 Jason Calvert

Dated:  September 28, 2021                                  LAW OFFICES OF DALE K. GALIPO

                                                            By:  __*/s/ Dale K. Galipo*_____
                                                                 DALE K. GALIPO
                                                                 RENEE V. MASONGSONG
                                                                 Attorneys for Plaintiffs
                                                                 V.R. and Ramona Terrazas