UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.R., a minor, by and through her guardian ad litem Ariana Toscano, individually and as successor in interest to Juan Ramon Ramos, deceased; and RAMONA TERRAZAS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; GARY WHEELER; THUN HOUN; JASON CALVERT; and DOES 4-10, inclusive<br><br>Defendants. | Case Number: 5:19-cv-01023-JGB-SP<br><br>**ORDER TO DISMISS WITH PREJUDICE CERTAIN CLAIMS IN PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Trial Date: January 11, 2022 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the parties' joint stipulation and GOOD CAUSE having been shown, it is hereby ordered that the following three claims in the Third Amended Complaint (ECF No. 40), filed by Plaintiffs V.R., a minor, by and through her guardian *ad litem* Ariana Toscano, individually and as successor in interest to Juan Ramon Ramos, deceased, and RAMONA TERRAZAS (collectively, "Plaintiffs"), are dismissed with prejudice:

1. Second Claim for Unreasonable Search and Seizure – Denial of Medical Care (42 U.S.C. § 1983) by Plaintiff V.R. against Defendants Jason Calvert, Gary Wheeler, and Thun Houn.
2. Fourth Claim for Municipal Liability – Inadequate Training (42 U.S.C. § 1983) by Plaintiff V.R. against Defendant County.
3. Fifth Claim for Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983) by Plaintiff V.R. against Defendant County.

Plaintiffs' dismissal of these claims does not make Defendants COUNTY OF SAN BERNARDINO, GARY WHEELER, THUN HOUN, and JASON CALVERT (collectively, "Defendants") the prevailing party under Local Rule 54-1, and Defendants cannot seek prevailing party costs against Plaintiffs as a result of the dismissals set forth in this Order.

IT IS SO ORDERED.

DATED: September 30, 2021            UNITED STATES DISTRICT COURT

                                     _____
                                     HON. JESUS G. BERNAL