JOHN M. FUJII, SBN 172718
MAHADHI CORZANO, SBN 254905
SILVER & WRIGHT LLP
3 Corporate Park, Suite 100, Irvine, CA 92606

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| V.R., a minor, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:19-cv-01023-JGB-SP |
| v. | |
| County of San Bernardino, et al. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

Exhibits in support of Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment:
Exhibit 3 - Deputy Thun Houn's body worn camera
Exhibit 5 - Deputy Mariusz Kuskowski's body worn camera
Exhibit 7 - Deputy Charles Lopez's body worn camera
Exhibit 8 - Sergeant Dane Stordahl's body worn camera
Exhibit 9 - Video Presentation prepared by Jason Fries
Exhibit 11 - Cellular phone video taken by Abraham Terrazas

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

October 4, 2021
Date

/s/ John M. Fujii
Attorney Name

Defendants
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).