Exhibit 7

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
**Sergeant Jason Calvert on 02/15/2021**

```
 1                  UNITED STATES DISTRICT COURT

 2                  CENTRAL DISTRICT OF CALIFORNIA

 3

 4   V.R., a minor, by and through her      )
     guardian ad litem Ariana Toscano,      )
 5   individually and as successor in       )
     interest to Juan Ramon Ramos, deceased;)
 6   and RAMONA TERRAZAS, individually,      )
                                            )
 7                  Plaintiffs,              )
                                            )
 8                  vs.                      )Case No.
                                            )5:19-CV-01023-JGB-SP
 9   COUNTY OF SAN BERNARDINO; GARY WHEELER;)
     THUN HOUN; JASON CALVERT; and DOES 4-   )
10   10, inclusive,                          )
                                            )
11                  Defendants.              )
     _____ )
12

13

14           REMOTE VIDEOCONFERENCE DEPOSITION OF

15                  SERGEANT JASON CALVERT

16                  MONDAY, FEBRUARY 15, 2021

17

18

19

20

21

22

23   Reported Stenographically by:

24   Jinna Grace Kim, CSR No. 14151

25   Job No.:  326801
```

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
**Sergeant Jason Calvert on 02/15/2021**                    Page 12

1    knife or a box cutter; and how we were going to safely remove

2    him from the vehicle.

3            I recall mention of deputies talking to family

4    members nearby, and I was asked to take up a position of

5    less-lethal force, that being the Taser, and I had lethal

6    coverage with at least two deputies.

7            And Sergeant Wheeler was going to make contact with

8    a K-9 officer who was on his way.

9    Q.    So --

10   A.    Generally speaking, the goal was to have him exit

11   the vehicle and depending on his level of cooperation, would

12   depends on our level of force needed to safely take him into

13   custody.

14   Q.    Was that the goal, though, to safely take him into

15   custody?

16   A.    Absolutely.

17   Q.    And was he asked at any time to get out of the

18   vehicle, if you know?

19   A.    Numerous times that I recall.

20   Q.    Did you have any information prior to him getting

21   out of the vehicle?  So this would be at any point in time up

22   to you seeing him get out of the vehicle.

23            Did you have any information that the individual had

24   injured anyone?

25   A.    No.

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
Sergeant Jason Calvert on 02/15/2021                    Page 13

```
 1      Q.   Did you have any information that he had verbally
 2   threatened to harm anyone?
 3      A.   No.
 4      Q.   Any information he was trying to harm himself?
 5      A.   No.
 6      Q.   Did you talk to any of the family members at any
 7   time before he got out of the vehicle?
 8      A.   No.
 9      Q.   At some point it's my understanding that the K-9
10   officer arrived?
11      A.   Yes, sir.
12      Q.   And they approached the passenger side of the
13   vehicle at some point?
14      A.   Yes, sir.
15           MR. FUJII:  Objection.  Vague as to "they."
16   BY MR. GALIPO:
17      Q.   I guess the K-9 officer and, perhaps, Sergeant
18   Wheeler was with him?
19      A.   Yes, sir.
20      Q.   And you probably seen some of this recently on the
21   video?
22      A.   Yes, sir.
23      Q.   And at some point was there an attempt to break out
24   the right front passenger window?
25      A.   Yes, sir.
```

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
Sergeant Jason Calvert on 02/15/2021                          Page 16

1    what I meant.  So the vehicle as it relates to the decedent's

2    vehicle pointing towards 12 o'clock, I was standing at

3    approximately 7:30.  So to the left and to the rear of the

4    driver side door.

5        Q.    Thank you.  That's very helpful.

6              Did you have any cover in your position?

7        A.    Not immediate.

8        Q.    And what type of Taser did you have?

9              Was it an X26, X2, or what was it?

10       A.    The X2.

11       Q.    I'm more familiar with the X26, and I'm not sure

12   what the difference is.

13             Can you basically tell me how the X2 is different

14   than the X26?

15             MR. FUJII:  Objection.  Calls for speculation.

16             If you know the difference.

17             THE WITNESS:  I know of several differences.  I have

18   not been part of a teaching of the X2.  However, I'm very

19   familiar with the use and some of the distinct differences in

20   general.  I can't speak to any scientific differences, but

21   the physical difference as well as the some of functionality,

22   I can't speak to.

23   BY MR. GALIPO:

24       Q.    Please do.  I just want it general.

25             I'm not expecting anything specific because I am

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
**Sergeant Jason Calvert on 02/15/2021**                      Page 22

1   vehicle?

2       A.   A few seconds.

3       Q.   And, if you recall, was anyone giving him commands

4   to get out of the vehicle at that point?

5       A.   I believe so.

6       Q.   And when he got out of the vehicle, where were you

7   positioned at that point?

8       A.   Would you like me to use the vehicle as an

9   orientation so it would lead to what I did?

10      Q.   Sure.  Whatever you're comfortable with.

11           However, you're comfortable in describing it is

12   fine.

13      A.   So from the vehicle's final resting point, when I

14   first saw him get out of the vehicle, I recall being at

15   approximately the 8 o'clock position.

16      Q.   And how far at that point do you think you were from

17   the driver's door of the vehicle?

18      A.   My best estimation is 30-ish feet.

19      Q.   Did you think you were close enough to tase him at

20   that point he got out?

21      A.   I would have to speculate on the scientific

22   capabilities of the Taser.  I prefer to be closer, but at

23   that point I'm not sure if I was close enough or not, but I

24   was willing to try to save his life.

25      Q.   Okay.  Was that your goal to save his life

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
**Sergeant Jason Calvert on 02/15/2021**                          Page 26

```
 1      A.   No.

 2      Q.   When he got out of the vehicle the first time, did

 3   you recognize the item as a box cutter?

 4      A.   Yes.

 5      Q.   Was the driver side window partially down?

 6      A.   At what point?

 7      Q.   Initially.  During the 20 minutes that you were at

 8   the scene before the car moved forward.

 9      A.   There were points at which the window was down

10   approximately an inch or an inch and a half, but then he

11   rolled it back up.

12      Q.   Was there some discussion about deploying OC into

13   the car?

14      A.   Yes.

15      Q.   Did Sergeant Wheeler essentially say that he thought

16   that might not be a good idea?

17           MR. FUJII:  Objection.  I think -- I listened to the

18   testimony and it was reference to pepper spray, not OC.

19           But I know they're similar.

20           MR. GALIPO:  Okay.  I'm just going by the words he

21   used in his statement based on the transcription I have.

22           MR. FUJII:  Okay.

23           MR. GALIPO:  But I think we're talking about the

24   same thing.

25   BY MR. GALIPO:
```

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
Sergeant Jason Calvert on 02/15/2021                    Page 27

```
 1      Q.   Is that generally OC spray, pepper spray?

 2           Do you use those terms sometimes interchangeably,

 3   Sergeant?

 4      A.   Yes, sir.

 5      Q.   And did Sergeant Wheeler indicate that he did not

 6   think that the OC spray was necessarily a good alternative?

 7      A.   He had his reasonings against it.

 8      Q.   Do you recall what the reasonings were?

 9      A.   No.  There was no time to get into his reasonings.

10           It was not unreasonable not to use pepper spray or

11   OC spray, and that was a decision that he made and he's the

12   primary officer at the scene.

13      Q.   But you do recall it being discussed?

14      A.   Yes, sir.

15      Q.   Do you recall there being any concern as to how it

16   might affect the dog that was in route?

17      A.   I believe that may have been part of the

18   conversation.  So yeah.

19      Q.   Okay.  The two deputies that were lethal cover for

20   you, do you know if either one of them ever fired?

21      A.   I know forensically after the fact they did not

22   fire.

23           I was not aware anyone firing at the time including

24   Sergeant Wheeler.  And I didn't figure that out until after

25   the fact.
```

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
Sergeant Jason Calvert on 02/15/2021                    Page 33

 1  vehicle at the time you heard the bean bag round and saw it

 2  strike him in the chest?

 3      A.   I believe I recall he was roughly within arms' reach

 4  of the door.

 5      Q.   And the door was opened at that point?

 6      A.   Yes, sir.

 7      Q.   And would the opened door be behind him as he was

 8  facing west?

 9      A.   Yes.

10      Q.   Prior to that first bean bag round being fired, did

11  you see him trying to harm himself at all with the box

12  cutter?

13      A.   No.

14      Q.   Do you know who the closet deputy was to him at that

15  point?

16      A.   No.

17      Q.   Do you know if there was anyone closer to him than

18  you?

19      A.   I believe there was.  I just don't recall who.

20      Q.   And what did you see that made you believe that the

21  bean bag round hit him in the right side of the chest?

22      A.   Initially, I believe I recall seeing the actual bean

23  bag round bounce off his chest, but at some point I saw some

24  blood on his shirt as I recall.

25      Q.   And do you recall if that was the front of his shirt

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
**Sergeant Jason Calvert on 02/15/2021**                    Page 38

```
 1        Q.   And do you have a sense of how much time passed from
 2    the last bean bag round in that series to you deploying your
 3    Taser?
 4        A.   I'm sorry.  Can you ask that again?
 5        Q.   Sure.  Timing-wise, I understand the first bean bag
 6    round hit him in the, chest and then there might have been a
 7    second or third bean bag round.  And then if I'm
 8    understanding your testimony, very soon thereafter, you
 9    deployed your Taser?
10        A.   Yes, sir.
11        Q.   I'm just wondering, are we talking like a second
12    after the last bean bag round you deployed your Taser, or
13    what was the time between the last bean bag in that set and
14    you deploying the Taser?
15        A.   I know it was fast.  I don't have any specific
16    independent recall of timing.  I was -- I deployed my Taser
17    in response to a lack of response from the suspect.  So that
18    is to say that the bean bag rounds, the less-lethal bean bag
19    rounds were ineffective in encouraging him to drop the edged
20    weapon.  And I tried to move forward close enough to deploy
21    my Taser in hopes that might have an effect on him.
22        Q.   And where did you aim it on his person?
23        A.   So I aimed it approximately his upper torso area.
24        Q.   And do you know if either one of the probes or darts
25    struck him?
```

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
**Sergeant Jason Calvert on 02/15/2021**                              Page 39

1      A.    I know that one of them did.

2      Q.    And the one that struck him, do you know where it

3   struck him?

4      A.    I do not.

5      Q.    How did you know that one struck him?

6      A.    Because when he ran I believed I recall seeing the

7   probe wire following it.

8      Q.    You just don't recall what part of his body?

9      A.    No, sir.

10     Q.    So you have the two or three bean bag round, then

11   your Taser deployment.

12           What does he do then?

13     A.    He ended up running towards the backyard of the

14   residence.

15     Q.    Did you ever see him get back in the car?

16     A.    He got in the car at one point, and then when he got

17   out the second time, like, I don't recall exactly what the

18   sequence of events was at that particular time.

19           However, he, at some point, ran from the vehicle

20   into the yard.

21     Q.    So what I'm trying to get at, when he got out the

22   first time, is that when the bean bag rounds and the Taser

23   occurred?

24     A.    As I stated earlier, I believed so.  If not, it's

25   very close to when he got out the second time.  I just don't

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
**Sergeant Jason Calvert on 02/15/2021**                    Page 42

```
 1   entangled in an electrical cord.

 2           Do you recall what time you're referring to?

 3           Would that be the first time he got out or after he

 4   got out the second time, if you remember?

 5       A.   As I sit here today, I don't know which, but there

 6   was electrical cord extending from his vehicle.  You know,

 7   contextually, it didn't mean anything other than the fact

 8   that there was actually a cord extending from his vehicle

 9   that he appeared entangled in.

10       Q.   Now, was there some kind of an alley at the end of

11   this street?

12       A.   Yes, sir.

13       Q.   Which way would the alley run?

14       A.   It ran north and south.

15       Q.   And was there a fence of any kind dividing the alley

16   from the residential property?

17       A.   Yes, sir.

18       Q.   And was that the residential property where there

19   were family members?

20       A.   Yes, sir.

21       Q.   Do you have an estimate as to how many officers were

22   on-scene when he got out of the car?

23       A.   In total, no.  I don't have an estimate unless I

24   looked at the call history to see who arrived on-scene, at

25   what point they arrived on-scene, and where they were either
```

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
**Sergeant Jason Calvert on 02/15/2021**                    Page 44

1    system.

2          Q.   So the two or three bean bag rounds that you talked

3    about earlier, those were the only bean bag rounds you

4    heard?

5          A.   Yes.

6          Q.   Just so we're clear, and I think we are.

7               I was wondering whether you heard bean bag rounds

8    when he got out of the car the first time and then heard one

9    or more bean bag rounds after he got out of the car the

10   second time?

11         A.   Right.  And the timing of what you're explaining is

12   almost split second in my mind even as I try to recall it now

13   years later.

14              At some point there are bean bag rounds in response

15   to the decedent's lack of cooperation in dropping the edged

16   weapon.  At some point after several bean bag rounds, I

17   deployed my Taser and it had no effect.

18         Q.   Did you deploy it once or more than once?

19         A.    In totality I deployed it more than once, and that

20   is a little bit further in the future from what we're talking

21   about right now.

22         Q.   But do you believe at least you deployed your Taser

23   before he started to run in the alley?

24         A.   Yes.  I do believe that.

25         Q.   And do you have an estimate as to how long after you

---

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
Sergeant Jason Calvert on 02/15/2021                              Page 47

```
 1            I realize there was a deputy positioned at the other

 2    end of the alley.

 3            Do you know what deputy that was?

 4       A.   Alfredo Lopez.

 5       Q.   Do you know if he was in his car or out of his

 6    car?

 7       A.   I don't know.  I know that his car was positioned

 8    down there.  I don't know what vantage point he attempted to

 9    take after getting out of his car.  He would have to answer

10    to that.

11       Q.   Do you even know if he was in his car or out of his

12    car when Sergeant Wheeler shot the decedent?

13       A.   I don't know.

14       Q.   But wasn't he positioned over a 100, 150 feet down

15    the alley?

16       A.   Again, I don't know what his position was of his

17    physical body.  His car was at the other end of the alley

18    way.  And -- I mean that's probably a decedent estimation for

19    the vehicle.  I don't know where his person was.

20       Q.   So other than Officer Alfred Lopez, the other

21    officers would have been west of the decedent when he got out

22    of the car; is that correct?

23       A.   West and south, yes.

24       Q.   So what I'm wondering, when he got out of the car

25    the second time, did you ever see him charging towards any of
```

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
Sergeant Jason Calvert on 02/15/2021                        Page 48

1    the officer's that were west or south of him with the box

2    cutter?

3        A.   No, sir.

4        Q.   And so when he was running in the alley, was he

5    generally running away from the officers who were west and

6    south of him?

7        A.   Generally, I think that's a fair characterization.

8        Q.   Now, in your statement you say that at some point

9    you heard a loud shot.

10       Do you remember saying that in your statement?

11       A.   As I sit here today, I don't recall that.

12       Q.   You say (reading):

13       "I know I heard a loud shot that hit him, and I saw

14   blood, but I believed it might have been one of the bean bag

15   rounds that pierced his skin."

16       A.   So If I said that, it was in true belief that it was

17   a bean bag round that hit him.  Spatially speaking, I didn't

18   hear, as I recall, at that time or as I sit here today

19   anything from my left which as a result of video review, in

20   my mind was likely where I was in relation to where the shot

21   was taken.

22       Q.   So as he was running, as he was moving into the

23   alley and running north, did you hear any rounds being fired

24   at him?

25       A.   No.  Because after my Taser I don't recall any

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
Sergeant Jason Calvert on 02/15/2021                                    Page 49

```
 1    further rounds being fired.
 2         Q.    If I understand your testimony, you're saying that
 3    you deployed the Taser the first time before he ran?
 4         A.    Yes.
 5         Q.    Did you have any information that he, meaning the
 6    decedent, before he ran had committed a serious felony
 7    involving the infliction of serious injury or death?
 8         A.    No.   That he had committed, no.
 9         Q.    Did you ever hear him say anything?
10         A.    No, sir.   Not that I recall.
11         Q.    For example, did you hear him verbally threat to
12    harm anyone?
13         A.    No, sir.
14         Q.    Did you ever see him make any stabbing motions with
15    the box cutter?
16         A.    No, sir.   Not at the distance that I saw him.
17         Q.    Did you hear any warning that deadly force was going
18    to be used?
19         A.    I did not.
20         Q.    Did you know -- and I think you answered this.
21              Did you know initially on-scene that someone had
22    used deadly force?
23         A.    No.
24         Q.    When did you first find out that someone had used
25    deadly force?
```

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
**Sergeant Jason Calvert on 02/15/2021**                                    **Page 53**

1      A.    With at least one dart, I believe I did.

2      Q.    Did you think based on your training it was

3    appropriate to tase him at that point?

4      A.    Yes.  It would have taken seconds and then vital

5    life-saving time away from defending the lives of the people

6    inside the yard if I transitioned to anything else.  My job

7    was the Taser and attempt to save his life.

8           If I could safely do so, that was the goal.

9      Q.    Did you also have a firearm holstered on your

10   person?

11     A.    Yes, sir, I did.

12     Q.    Are you right-handed or left-handed?

13     A.    Right-handed.

14     Q.    So the holster would be on your right side?

15     A.    Yes, sir.

16     Q.    And then after you tased him the second time, what

17   did you do next?

18     A.    I ran around the opening of the fence and towards

19   the north, northeast, towards the front door of the residence

20   where family members appeared to be struggling with him.

21     Q.    Do you remember a female family member taking the

22   box cutter away from him or having it in her hand?

23     A.    I remember a female there.  I don't know at what

24   point that occurred, but I understand from others that she

25   disarmed him.

**V.R., ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
**Sergeant Jason Calvert on 02/15/2021**                                    Page 58

1     A.   For quite some time.  I just don't recall at what

2   point, but they were having all the involved go back to the

3   Highland Station.  But I remained on-scene for quite a while

4   for scene integrity and safety.

5     Q.   Did Sergeant Wheeler at some point ask you to take

6   his spot as less-lethal?

7     A.   Yes.  So in the very beginning when I arrived

8   on-scene, yes.

9     Q.   To your knowledge, was any officer physically

10   injured in this incident?

11     A.   To my knowledge, there was no -- there were no

12   injuries to any officers.

13     Q.   To your knowledge, were there any physical injuries

14   to any of the family members inside the yard?

15     A.   No.  I have no independent knowledge of any other

16   injuries.

17     Q.   And when Sergeant Wheeler told you that he'd fired a

18   lethal shot, did he tell you during what time frame he had

19   fired that?

20     A.   No, sir.

21     Q.   Did you have a general understanding that it must

22   have been while he was running in the alley, or you didn't

23   know?

24     A.   I didn't know.  He made that indication, and we were

25   just making sure that all the appropriate personnel were