# Exhibit 9

Atkinson Baker, a Veritext Company
www.depo.com

1           UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3

4
                                        **ORIGINAL**
5
  V.R. a minor, by and through )
6  her guardian ad litem Ariana )
  Toscano, individually and as )
7  successor in interest to Juan)
  Ramon Ramos, deceased; and   )
8  RAMONA TERRAZAS; ABRAHAM     )
  TERRAZAS; BLANCA ZUNIGA;      )
9  DAVID ZUNIGA, SR.; DAVID     )
  ZUNIGA, JR.; and JOSE ZUNIGA,)
10  in each case individually,   )
                                 )
11              Plaintiffs,      )
                                 )
12       vs.                     )     No. 5:19-cv-01023
                                 )         JGB-SP
13  COUNTY OF SAN BERNARDINO;    )
  GARY WHEELER; THUN HOUN;       )
14  JASON CALVERT; and DOES 4-10,)
  inclusive,                     )
15                               )
                Defendant.       )
16  _____)

17

18

19                    DEPOSITION OF

20                  ABRAHAM TERRAZAS

                    FEBRUARY 25, 2021
21

22

23  ATKINSON-BAKER, A VERITEXT COMPANY
  Www.depo.com
24  (800) 288-3376
  REPORTED BY:  MELISA RUSSIE, CSR NO. 7040
25  FILE NO.: AF0067C

1    Q    Did Juan ever try to hurt himself.

2    A    No, not when I was there.  I never saw any of

3  that nor did I hear any of that.

4    Q    Did he ever say anything to you about being

5  depressed or wanting to harm himself?

6    A    Never.

7    Q    He never tried to commit suicide that you are

8  aware of?

9    A    Never.

10   Q    Were you ever scared of him?

11   A    Never.

12   Q    Do you know why Juan and Valerie's mom broke

13  up?

14   A    I don't know.  I was a little kid, so I

15  wouldn't -- we didn't talk about this kind of stuff when

16  I was a little kid.

17   Q    He never talked about it afterwards after you

18  guys were grown up?

19   A    Not really.

20   Q    Did he have a relationship with Valerie's mom?

21  That was a bad question.  Let me ask it again.

22        After they were no longer together, say like

23  the last four or five years of his life, what was the

24  relationship like between Juan and Ariana?

25   A    Like good.  Like a good co-parenting situation.

1     A    Yeah.

2     Q    Okay.  You just gave them your name?

3     A    I don't think I gave them a name, I said that

4  was my cousin.

5     Q    These officers that you were speaking with,

6  they were outside of their cars?

7     A    Yeah, everybody was outside, at least the ones

8  that I saw.

9     Q    So where did you go from there?

10    A    Well, I was trying talk to them and tell them

11  that can I talk to him?  And they were just saying "You

12  got to get in the house."

13    Q    Okay.

14    A    They looked real jumpy.  Like they wanted to go

15  inside the house -- go inside the house.  One of the

16  officers related to everybody that that's his cousin.

17  It's family.  They said that's family.  We are all

18  family here.

19    Q    Then did you --

20    A    Then I proceeded to walk into the house, into

21  the gate.

22    Q    Okay.  Was anyone out front when you got there

23  -- I'm sorry, was anyone, any of your family, out front

24  when you got there?

25    A    When I got there my twin cousins and my uncle

Atkinson Baker, a Veritext Company
www.depo.com

1    were at the gate.

2         Q    When you are saying "at the gate", I understand

3    there's like the front yard area and a driveway, then

4    there's a gate that goes around?

5         A    Yeah.  Correct.  They were on the driveway.

6         Q    On the driveway on the house side of the gate?

7         A    Yeah, on the front side of the gate facing the

8    car where they had him in the stand-off.

9         Q    But they were behind the gate?

10        A    Behind he gate, because that's where the

11   officer told us to be.

12        Q    Okay.  There's gates on the driveway that open

13   out, it looks like?

14        A    Open in or out, I think.

15        Q    Okay.  Were those gates opened or closed when

16   you got there?

17        A    Closed.

18        Q    Did you open them to go in?

19        A    I opened it to get in.

20        Q    So you said David, Jr. and Josue were out there

21   and your uncle as well?

22        A    Yeah.

23        Q    You didn't see your aunt outside at that time?

24        A    I know she was in the house at one point.

25   Maybe she was when I got there; maybe she wasn't; so I

Atkinson Baker, a Veritext Company
www.depo.com

1   was David Jr. standing?

2       A   By the gate.  By the -- where the gate opens

3   and closes.

4       Q   At that time did you see Juan?

5       A   I couldn't see him directly because the cops

6   were pointing two guns at him at the window, so I moved

7   over so he could see me towards the yard area.

8       Q   Okay.  So the fence -- when you walk in the

9   gate, the fence goes to like that dirt pathway, at the

10  dead end?

11      A   We didn't open it -- what was that?  Because

12  the gate splits the house.  This is the front of the

13  gates.  The street is in the front.  The gates open and

14  close on this side.  This is the front yard.  The ditch

15  goes on the side of the house facing the house -- that

16  would be the west side of the house.

17      Q   Okay.  So did you walk all the way --

18      A   No, I just walked to the middle of the front

19  yard.

20      Q   The middle of the front yard.  Thank you.

21  Could you see Juan at that point?

22      A   I saw him.  He smiled and he looked more

23  relaxed.

24      Q   You said he smiled?

25      A   Not smiled, but I could see like he felt more

Atkinson Baker, a Veritext Company
www.depo.com

1   -- he felt better that I was there.

2        Q   You made eye contact with him?

3        A   Yeah, because I nodded.  I said, "What is going

4   on?"  I can just tell that his spirit picked up.

5        Q   Did he nod or gesture or do anything to you?

6        A   He just went like this, just shrugged.

7        Q   Do you think that he could hear you when you

8   were talking to him?

9        A   I just kind of like went like this, like what

10  is up?  What's going on?

11       Q   So you just gestured at him?

12       A   I gestured at him what is going on?

13       Q   You think he shrugged?

14       A   Yeah, he was just like -- he brightened up, but

15  he was just like -- I don't know.  I don't know what's

16  going on.

17       Q   Do you know if his window at that point when

18  you were gesturing to him when you first got there, do

19  you know if his window was up or down?

20       A   I believe it was up because it was tinted.

21       Q   Okay.  You could see him clearly or you could

22  see the outline of him through the window?

23       A   I could see him clearly.  I could see him

24  clearly.  That's probably standing 50 feet away.

25       Q   How far away do you think?

Atkinson Baker, a Veritext Company
www.depo.com

1      Q   Did anyone else call him while he was in the
2   car that afternoon?
3      A   Not that I know of.  I wouldn't know.
4      Q   You didn't call him?
5      A   I didn't call him.  He was already on the phone
6   with the cousin, so I didn't see a point of calling him.
7      Q   Did you take David Jr.'s phone at all and try
8   to talk to him?
9      A   No.  Because when I got there everything
10   happened so quick.  It was a few minutes before
11   everything started.
12      Q   Okay.  So after you walked to the center of the
13   front yard behind the gate did you pretty much stay in
14   that position?
15      A   No, I went back to try to talk to one of the
16   officers.
17      Q   Okay.
18      A   You said went back?  I went back to the gate to
19   where it opens and closes to the doors.  And I tried to
20   talk to one of the officers that was there.  "What is
21   going on?"  I just asked him "What is the situation?  I
22   could talk to him.  What is the deal?  What is
23   happening?"
24      Q   Okay.  What did that officer say?
25      A   I don't recall exactly what he said.  He just

Abraham Terrazas
February 25, 2021                                    84

Atkinson Baker, a Veritext Company
www.depo.com

1   said that he got a call and he had something -- or he

2   was acting a certain way.  He was acting nervous or

3   something and they followed him here and they are -- at

4   that point where he didn't want to get out of the car.

5        Q   Okay.  Do you know how long Juan was in the car

6   with the officers present before you got there?

7        A   I'm not sure.  After asking I think he had been

8   there maybe like an hour or two or -- I don't know.  I

9   don't remember.  I don't honestly remember but I know he

10  had been there for a while.

11       Q   So how long was it where you are standing at

12  the middle of the fence in the front yard and Juan is

13  inside the car and deputies are outside of the car,

14  right?  How long were you in that position?

15       A   By the doors?  Probably like a few minutes

16  because I was there the entirety.  From when I got there

17  to when the shooting started I think was probably like 6

18  minutes, maybe.

19       Q   Okay.

20       A   I'm not sure.  I'm pretty sure the video will

21  show when I got there and when the shooting starts.

22  So I don't know the exact minutes but it wasn't very

23  long.  But I tried talk to the officer.  I tried to tell

24  him if you guys are saying if he has a weapon on him,

25  I'll have him throw it out for the -- if he has a

1  going on?

2      A    There was some talking going on, yeah.  By the

3  time I got there -- go ahead.

4      Q    Do you think they were giving him -- do you

5  recall that they were giving him commands, telling him

6  what to do?

7      A    Not really.  It looked like mainly they were

8  just like talking within themselves when I got there.

9  Because then when I went back to talk to them -- because

10 when I went back to go talk at the Asian officer,

11 because I realized he never went to talk to the captain

12 or sergeant or whatever.  I told him, "Hey, I'm telling

13 you he will listen to me.  He's either going to listen

14 to me or my dad -- my dad's not here, so I'm here, so

15 use me.  And I'm like -- so I told him -- now I lost my

16 train of thought.  It's hard for me to talk slow.

17     Q    That's okay.  I can keep asking you questions.

18 Just try to keep in that mind -- we'll keep reminding

19 you.

20     A    So all I did was just tell him if you need a

21 certain -- if you need him to do something, I will have

22 him do it.  He will get out of the vehicle.  He will

23 comply.  He's just scared right now because it's six

24 officers pointing guns at him.  He has no help and his

25 family is across in the yard, so all he is is scared.

1    If he gets out, he runs or whatever, he runs towards us.

2    He is not going to do anything because we are his

3    family.  He is not going to do nothing to us.  We are

4    not scared of him or nothing.  That's what I told them

5    and when he --

6        Q   Hold on.  Wait for a question because --

7            MS. MASONGSONG:  I'm just going to suggest that

8    -- you are doing a great job.  Just try to listen to her

9    question and respond to the question.  So we'll let her

10   ask another one.

11           THE WITNESS:  All right.

12   BY MS. PAIGE:

13       Q   So that conversation that you were just

14   relaying to me -- to us, that you told him we are his

15   family.  He won't do anything.  Are you saying those

16   were the words that you said to the officers?

17       A   Yeah, I said that to them because I could tell

18   they were jumpy and scared.

19       Q   Okay.  You are talking about -- was it that one

20   Asian officer that was near the driveway that you spoke

21   with?

22       A   That is who I speak with because I could see

23   all the cops were just ready --

24       Q   Okay.  You said in case anything happens?

25       A   Yeah.  Because, you know, seeing TV -- seeing

Atkinson Baker, a Veritext Company
www.depo.com

1    the news you know how many police shootings happen, so I

2    was telling them if anything happens -- he's not

3    dangerous.  He is not nothing.  He's just nervous right

4    now.

5         Q    Okay.  What did the officer say to that?  What

6    did he say back to you?

7         A    After that that's when he said we are not at

8    that point anymore.

9         Q    Okay.

10        A    We are not at the point of talking anymore.

11        Q    Okay.  Did you see any officers with their guns

12   pointed?

13        A    They all had their guns point, mainly.  At

14   least three or four pointed.

15        Q    Three or four guns?

16        A    Minimum.

17        Q    Okay.  Do you know if they were handguns or

18   shotguns or any other type of gun?

19        A    I know there was wo officers pointing guns at

20   his head when he was sitting in the driver's seat.  I

21   know for sure one was a handgun.  I'm not sure if the

22   other one was a shotgun.  I think it was two handguns,

23   but I'm not sure.

24             There was a couple of other ones at different

25   points behind him.  The Asian officer, I think, had a

Atkinson Baker, a Veritext Company
www.depo.com

1    when he got out of the car?

2        A   I couldn't see anything.  I think I saw a cable

3    fall out, but I think it was like an aux cord or

4    charger.

5        Q   Fell out of the car?

6        A   Yeah, fell out of the car because I remember

7    him -- like I think he looked down, but I'm not sure

8    what it was.  But it was clearly either an aux or a

9    phone charger or something.

10       Q   How long at that point was he out of the car

11   looking back towards the back of the car?

12       A   So as soon as he got out, he was facing them

13   and he took like three shots -- three bean bag shots and

14   he was like panicking.  He didn't know what to do.  So

15   he just hopped back into the car.  Hopped into the car

16   as he was getting shot, just closed the door.  He didn't

17   sit regular, he sat backwards basically seated so his

18   knees were on the seat.

19       Q   Okay.

20       A   Tried to hide for cover or trying to take

21   cover, maybe.

22       Q   You said three bean bag shots were fired?

23       A   Yeah.  So he was probably out of the car maybe

24   5 seconds, 6 seconds, because he took one.  He took the

25   second.  That's when he started thinking about getting

Atkinson Baker, a Veritext Company
www.depo.com

1    in the car, then he took that third one as he tried to

2    close the door.

3          Q   Do you know if any of the bean bag rounds hit

4    him?

5          A   I saw all three hit him.  I'm not sure how many

6    were shot, but I saw three hit him.

7          Q   Do you know who was firing the bean bag gun?

8          A   I'm not sure.  I was assuming maybe the Asian

9    because I know the bean bags were in short guns, so it

10   might have been him or someone else.

11         Q   So he gets back in the car, facing the back of

12   the car you said, right?

13         A   Uh-huh.

14         Q   Was the door open or closed at that point, the

15   car door?

16         A   When he hopped out?

17         Q   So he got out; the three bean bag shots were

18   fired; he got back in and he closed the door?

19         A   Yeah.  So he got hit once, that's when he

20   started to panic.  He didn't know what to do.  He got

21   hit the second time, then he started getting back in the

22   car.  That's when he went into the car.  As he reached

23   out to close the door, he got shot with the third one

24   and he closed the door.

25         Q   How long was he back in the car with the door

Abraham Terrazas
February 25, 2021                                              102

1    closed?

2        A    Probably another 2 or 3 seconds.  Not long.

3        Q    Then what happened?

4        A    I think they just though maybe he just make a

5    run towards where my family is.  He just got out of the

6    car and directly started running towards the ditch area,

7    so never faced the officers, nothing.  Never made a

8    gesture towards them.

9        Q    When he got out of the car that second time,

10   did he have anything in his hands then?

11       A    I didn't see nothing in his hands.

12       Q    Where were you when he got out of the car the

13   second time?  Were you in the same spot?

14       A    I was already by the corner of the house, so

15   closest to him because on the video you could see that

16   after when he goes into the ditch, I think -- I believe

17   I handed to it my cousin or I handed it to him -- I

18   handed it to him after he went into the ditch, that's

19   when I handed it to him.  Then I went on the walk to the

20   corner of the house closest to him.  And that's when my

21   cousin took video of him getting shot.  You see me in

22   the corner saying "listen" -- yeah.

23       Q    Okay.  What were you saying?

24       A    Listen.

25       Q    You were talking to Juan?

Atkinson Baker, a Veritext Company
www.depo.com

1    standing in the corner of the fence, so between the dirt

2    alleyway and 13th, on that corner of the fence and where

3    his car ended up when it moved forward and stopped, how

4    far were you from like his car door at that point?

5         A    I don't know.  25 feet maybe.  Or more.

6         Q    Did you move your position from the corner of

7    that fence as he ran?

8         A    No, I kind of like froze, but he ran basically

9    kind of across from me, but on this side of the fence,

10   then he tried to hop the gate.

11        Q    Okay.  So at the time where he kind of ran

12   north towards the -- next to the fence, where were you?

13   When was he the closest to you?  When you were at the

14   corner of the fence there and he was on the dirt

15   pathway?

16        A    When he passed running by through the alley --

17   well, the alley --

18        Q    I know what you mean.

19        A    Through the ditch, he kind of basically ran

20   cross from me, so probably like 5 or 6 feet but, you

21   know, he was -- then I was probably closest to him when

22   he started hoping the gate.

23        Q    Okay.  So by the time -- or between the time he

24   got out of the car the second time, did you hear any --

25   let me ask that a different way.  When he got out of the

1  car the second time, did you hear any shots fired?

2      A   I heard shots fired.  Maybe I'm just -- it was

3  just a lot of noises, but I heard one gunshot.

4      Q   Okay.

5      A   That's kind of like when I froze.  I'm like

6  what's happening?  As he tried to hop the fence, I could

7  see blood coming out of him.  So that's when I assumed

8  that he got shot with a gun shot because bean bags don't

9  do that.

10     Q   Okay.  So where were you when you heard what

11 you believed was a gunshot?

12     A   In the corner of the -- I stayed in the corner.

13     Q   Okay.  Where was Juan when you heard the

14 gunshot?

15     A   He was by the ditch.

16     Q   Which way was he facing, if you know, when you

17 heard the gunshot?

18     A   Facing me or facing the house, away from the

19 officer.

20     Q   You said you saw blood on his shirt at that

21 time?

22     A   I saw like blood -- I just saw blood on him.  I

23 don't remember -- it was -- I couldn't see in the shirt

24 because he had like a dark navy blue shirt, so it was

25 kind of hard to see it, but I saw like blood -- like I

1    saw blood droppings on his arm.

2         Q    Okay.  Do you remember which arm?

3         A    I think it was the right arm, I believe.

4         Q    This was when he was still on the other side of

5    the fence from you?

6         A    Yeah, because he was about to hop the gate when

7    I started seeing blood on him.

8         Q    Okay.

9         A    I heard the gunshots, so I assumed that he

10   already got shot.

11        Q    Okay.  So you said when you heard the gunshot

12   he was either facing you or facing the house, right?

13        A    Uh-huh.

14        Q    So did he go over the fence at that time?

15        A    That's when he started to go over the fence.

16   The whole time he was basically running towards us,

17   towards the house for safety.  So I -- at no point did

18   he ever turn around or nothing.  The whole time he ran

19   -- he ran towards us.  When I heard the gunshot, he

20   tried to hop the fence.

21        Q    How far from you was Juan when he hopped over

22   the fence into the front yard?

23        A    I don't know, probably 6 to 8 feet.

24        Q    So sounds like you kind of stayed in the corner

25   of the fence there?

Atkinson Baker, a Veritext Company
www.depo.com

1        Q    During this whole time period from when he got

2   out of the car the second time ran, hopped the fence and

3   went to the front porch, did you see anything in his

4   hand?

5        A    No.

6        Q    Okay.  You never saw him with a knife or a box

7   cutter?

8        A    Not at that point.

9        Q    Okay.  So your aunt comes out of the door.

10  Juan gets to the front door and you come up and hold him

11  from the side, right?

12       A    Yeah.

13       Q    Is anyone else around the immediate area right

14  then at that moment?

15       A    Only my aunt.

16       Q    Okay.  So it's the three of you at the front

17  door?

18       A    Just us three.

19       Q    Okay.  Do you know where your cousins were

20  right at that moment?

21       A    No, I wasn't paying attention.  I'm pretty sure

22  they were still in the driveway.

23       Q    The same question regarding your uncle, do you

24  know where he was at that moment?

25       A    I'm pretty sure in the driveway as well.

Atkinson Baker, a Veritext Company
www.depo.com

1     Q    Okay.  Any of the officers, do you know where

2   any of them were at that moment when you and your aunt

3   and Juan were at the front door?

4     A    I'm sure they were still finding their way into

5   the house.

6     Q    Okay.  So you said that you went up to your

7   cousin and grabbed -- or grabbed him or held him from

8   the left side?

9     A    I held him from the left side, then I grabbed

10  his arms, then I saw the blood.  That's when I started

11  feeling to see his blood -- just had a handful of blood.

12    Q    Okay.  What do you mean, you grabbed his arms?

13    A    I grabbed his arms to see how he was feeling.

14  I grabbed him, he just felt strong.  I said, "Are you

15  good?  I got you."  At that point is when I see the

16  orange box cutter.

17    Q    Where did you see the box cutter?

18    A    In his hands, but it was like a little, little

19  box cutter.  Like a work box cutter.  Like a long finger

20  nail kind of that sticks out maybe not even an inch.

21    Q    Okay.  Do you know if it was in his right hand

22  or left hand?

23    A    I don't know which hand.

24    Q    Okay.  You saw it at that point in his hands

25  or --

Atkinson Baker, a Veritext Company
www.depo.com

1        A    I just saw something orange.

2        Q    You know now that it was a box cutter, right?

3        A    I know that because I work at Home Depot.

4    That's the box cutter that we are given at Home Depot.

5        Q    Is there anything unusual about this box

6    cutter?  When I think of a box cutter I -- you expose

7    the blade with your thumb kind of --

8        A    So it's a safety box cutter.  So you have to

9    have your thumb on it to expose the blade and it

10   retracts as soon as you let go and the blade is very

11   little, just enough to cut shrink-wrapping tape.

12       Q    Had you ever seen Juan with this box cutter

13   before?

14       A    No.

15       Q    Have you ever seen him with any knife before?

16       A    Well, I mean obviously when we were working on

17   stuff.  Like as in working tools or what do you mean?

18       Q    Just carrying around -- did he ever carry a

19   knife on him?

20       A    I didn't see it.

21       Q    So you are at the front porch with your aunt

22   and Juan, you see the box cutter, then what do you do?

23       A    Well, nothing really.  I just keep holding him.

24   I didn't pay him no mind because I know he is not going

25   to do nothing.

Atkinson Baker, a Veritext Company
www.depo.com

1        Q   Was he standing at that point?

2        A   He was still standing at that point.  He still

3    felt strong at that point.  I just kept holding him.  "I

4    got you, Bro.  I got you, Bro."  At that point that's

5    when I started feeling him getting weaker.

6        Q   Was he facing towards you at that point or away

7    from you?

8        A   He was facing towards me, looking me in the

9    eye.

10       Q   Did he say anything?

11       A   The whole time when -- as soon as we got to the

12   front of the door he was -- just screaming "Help me."

13   He was screaming -- at first he was saying, "Help me,

14   Tia", which means "Help me, Aunt."  He was telling that

15   to our aunt.  Then when I started holding him, he said

16   "Help me.  Help me."  That's all he was saying.  That is

17   when I said "I got you, Bro.  I got you, Bro."

18       Q   You said you felt him getting weaker, right?

19       A   Getting weaker, correct.

20       Q   At some point did he -- was he standing this

21   whole time or at some point he went to the ground?

22       A   He was still standing.  He was still standing,

23   then when I heard the cops -- the officers getting kind

24   of nearby, I heard him shouting -- I kind of looked back

25   and I just felt him drop.  Like he like slid from my

1        A    Yeah.   It sounds like it's the gunshot.

2        Q    That is essentially -- go ahead.

3        A    Right there you could hear him.  He starts like

4    mumbling.   He starts trying to talk.   At that point he

5    already got shot.   He couldn't really talk.   You could

6    hear him, he had just got shot.   That's when he said

7    "Help me."

8        Q    Let me see real quick.   Going back to 27

9    seconds here.  It's hard to make out.

10        A    As soon as the video ends.

11        Q    Okay.   Okay.

12        A    Right at the video end you could hear him

13    trying to talk.   That is when the video cuts off.

14        Q    Gotcha.   You said earlier that either before

15    the lawsuit was filed or when the lawsuit was filed you

16    had given that video to the other attorney.   You gave

17    her name as Marg -- hold on a second.   I went the wrong

18    way.   Margie Barrios; is that right?

19        A    Marjorie Barrios.

20        Q    All right.   Who have you shown that video to,

21    other than Marjorie.

22        A    People from the family.

23        Q    Did you show it to your cousins, David Jr. and

24    -- Josue?

25        A    Yeah, they seen it.