# Exhibit 10

Atkinson Baker, a Veritext Company
www.depo.com

```
 1                 UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4

 5   V.R., a minor, by and through    ) Case No.:
     her guardian ad litem, Ariana    ) 5:19-cv-01023-
 6   Toscano, individually and as     ) JGB-SP
     successor in interest to Juan    )
 7   Ramon Ramos, deceased; et al.,   )
                                      )
 8                      Plaintiffs,   )
                                      )
 9   vs.                              )
                                      )
10   COUNTY OF SAN BERNARDINO;        )
     et al.,                          )
11                                    )
                        Defendants.   )
12   _____)

13

14

15

16            VIDEOCONFERENCE DEPOSITION OF

17                     JOSUE ZUNIGA

18                    APRIL 8, 2021

19

20

21   ATKINSON-BAKER, A VERITEXT COMPANY
     (800) 288-3376
22   www.depo.com

23

     REPORTED BY:   GRACE WARNER, CSR NO. 9502
24   FILE NO.:      AF023DD

25
```

                                                    CERTIFIED COPY

Case 5:19-cv-01023-JGB-SP   Document 62-13   Filed 10/04/21   Page 3 of 11   Page ID #:1228
Atkinson Baker, a Veritext Company
www.depo.com

```
 1  of the incident, July of 2018?
 2       A.   Yeah, I do.
 3       Q.   And what makes you think he was using drugs on
 4  that day?
 5       A.   He was scared.
 6       Q.   What made you think he was scared on the day of
 7  the incident?
 8       A.   I could see it.
 9       Q.   Okay.  What did you see?  Explain that to me.
10       A.   He looked scared.
11       Q.   What about him looked scared?  Just try to
12  explain what that means so I can understand.
13       A.   Like his expression, his expression.
14       Q.   And you think that was because of drug use?
15       A.   Because they had a gun on him.
16       Q.   Okay.  Had you ever seen that expression on him
17  before?
18       A.   Scared?
19       Q.   Yes.
20       A.   Like that?  No.
21       Q.   When had you seen him look scared like that
22  before?
23       A.   When?  Random.
24       Q.   Had you ever talked about drug use with your
25  cousin Juan?
```

Case 5:19-cv-01023-JGB-SP   Document 62-13   Filed 10/04/21   Page 4 of 11   Page ID #:1229
Atkinson Baker, a Veritext Company
www.depo.com

```
 1  and your brother and your dad?
 2       A.   Yes.
 3       Q.   And what did you see when you went out there?
 4  You said that your cousin was in the car?
 5       A.   Yeah.  And the cops had the guns pointed at
 6  him.
 7       Q.   How many cops were there?
 8       A.   A couple.
 9       Q.   Were they -- they were in their car or out of
10  their car?
11       A.   They were out of the car pointing the guns at
12  him.
13       Q.   And where in relation to your cousin's car were
14  the deputies?  What side of the car were they on?
15       A.   On his side, the driver's side, in the back.
16       Q.   Did you say anything to the deputies, or did
17  the deputies say anything to you at that point?
18       A.   No.  My brother came out and told them, "That's
19  our cousin."
20       Q.   Your brother told them that that was your
21  cousin?
22       A.   Yeah.
23       Q.   Did you hear the deputy say anything to your
24  cousin when you were outside?
25       A.   No.  They just --
```

Atkinson Baker, a Veritext Company
www.depo.com

```
 1       Q.   Did you speak to him at any time when he was in
 2  his car there?
 3       A.   Yes.
 4       Q.   You did?  What did you say?
 5       A.   "Get out."
 6       Q.   Did he respond to you?
 7       A.   He just looked at us.
 8       Q.   Did you hear him say anything or see him mouth
 9  any words to you?
10       A.   "Water," wanted water.
11       Q.   Okay.  Did you hear that, or saw him mouth the
12  word?
13       A.   Yeah, I heard him.
14       Q.   From him?
15       A.   Yeah.
16       Q.   Did you speak with him on his cell phone that
17  day when he was in the car?
18       A.   No.
19       Q.   Do you know if your brother spoke with him on
20  the fence when he was in the car?
21       A.   Yeah, I think he did.
22       Q.   How about your dad, did he speak with him on
23  the phone?
24       A.   I think so.
25       Q.   And what was said, if you know, on the cell
```

Case 5:19-cv-01023-JGB-SP   Document 62-13   Filed 10/04/21   Page 6 of 11   Page ID #:1231
Atkinson Baker, a Veritext Company
www.depo.com

```
 1  phone to your brother or dad?
 2       A.   I wasn't paying attention to them.
 3       Q.   Did you ever ask him about it after the fact?
 4       A.   No.
 5       Q.   Okay.  Other than mouthing the word "water,"
 6  did you see him mouth any other words to you or your
 7  family?
 8       A.   He wanted to come with us.
 9       Q.   And how do you know that?
10       A.   He said so.
11       Q.   You heard him say it?
12       A.   Yeah.
13       Q.   Do you remember exactly what he said?
14       A.   He was just asking for water and that he wanted
15  to come with us.
16       Q.   So what I'm trying to figure out is if you
17  heard this -- when he was seated in the car and you were
18  in the front yard, you heard him say, "I want to come
19  with you"?
20       A.   Yeah, we could hear him.  He was looking at
21  us.  He was talking to us and telling us he wanted water
22  and that he wants to come with us.
23       Q.   Okay.  And those are the words that he used
24  that you remember?
25       A.   Probably not exact, but yeah, that's what he
```

Case 5:19-cv-01023-JGB-SP   Document 62-13   Filed 10/04/21   Page 7 of 11   Page ID #:1232
Atkinson Baker, a Veritext Company
www.depo.com

```
 1  was saying.
 2       Q.   Okay.  I'm just trying to figure out whether he
 3  was gesturing, whether he was, you know, making some sort
 4  of motion or whether you actually heard him say the
 5  words, you know, "I want to come with you" or something
 6  to that effect?
 7       A.   Yeah.
 8       Q.   You actually heard the words?
 9       A.   Yeah.  I know he wanted to come with us and he
10  wanted water.
11       Q.   Were there any sheriff's deputies that were
12  between you and Juan as he sat in his car on 13th Street?
13       A.   Yeah.  We couldn't -- we couldn't get out of
14  the gate.
15       Q.   Okay.  But if you were looking directly at your
16  cousin in the car, there were no deputies between you and
17  him?
18       A.   Like in front of us?
19       Q.   Yes.
20       A.   I could see him right in front of us.
21       Q.   You could see them?
22       A.   Yeah, I could see my cousin.
23       Q.   Okay.  But where were the deputies -- that's
24  what I'm asking -- in relation to you and your cousin, if
25  there was a straight line between you and your cousin at
```

Case 5:19-cv-01023-JGB-SP   Document 62-13   Filed 10/04/21   Page 8 of 11   Page ID #:1233
Atkinson Baker, a Veritext Company
www.depo.com

```
 1        Q.   Okay.  So he drove from where he was parked on
 2   the street up onto the dirt alleyway?
 3        A.   Yeah.  He was right on top.
 4        Q.   Okay.  Did he move his car all the way up to
 5   the -- there's a wall -- right? -- on the far side of the
 6   alleyway?
 7        A.   Yeah.  He stopped like right in front of the
 8   wall.
 9        Q.   Okay.  Did you hear the deputy say anything to
10   him at that time --
11        A.   No.
12        Q.   -- when he moved the car?
13        A.   No.
14        Q.   So up until this time when he moved the car up
15   towards the brick wall there, did you hear the deputy
16   saying anything to your cousin?
17        A.   When he moved the car?
18        Q.   At any time up till that point.
19        A.   No.
20        Q.   No?  They weren't giving him any commands that
21   you recall?
22        A.   No.
23        Q.   Okay.  So he drove the car up almost to the
24   block wall; is that right?
25        A.   Yeah.  He was right in front of it.
```

Case 5:19-cv-01023-JGB-SP   Document 62-13   Filed 10/04/21   Page 9 of 11   Page ID #:1234
Atkinson Baker, a Veritext Company
www.depo.com

```
 1      Q.    Okay.  And then what happened?
 2      A.    He got out of the car.
 3      Q.    Okay.  He got out his driver's side door?
 4      A.    Yeah.  He got out like this.  And then --
 5      Q.    Okay.  Sorry.  You're indicating he put his
 6   hands up towards his shoulders?
 7      A.    Yeah, and --
 8      Q.    Palms -- sorry.  Palms forward?
 9      A.    Yeah.  And then --
10      Q.    I have to describe your motion for the record
11   because we don't have video so she has to kind of explain
12   it in the record.  Okay?
13      A.    His hands were up.  And as soon as he got out,
14   they shot him -- they started shooting him.
15      Q.    Okay.  When you say "they started shooting
16   him," are you talking about -- what kind of weapon?
17      A.    Bean bag.
18      Q.    The bean bag gun?
19      A.    Yeah.
20      Q.    How many times do you believe they fired the
21   bean bag gun?
22      A.    Two or three.
23      Q.    And did those two or three bean bag rounds
24   strike your cousin?
25      A.    Yes.
```

Case 5:19-cv-01023-JGB-SP   Document 62-13   Filed 10/04/21   Page 10 of 11   Page ID #:1235
Atkinson Baker, a Veritext Company
www.depo.com

```
 1      Q.    And how do you know that?
 2      A.    Because he reacted to it.
 3      Q.    Okay.  What did you see him do?
 4      A.    He kind of flinched, and then he went into the
 5 car.
 6      Q.    So at that point he went back into the car?
 7      A.    Yeah.
 8      Q.    Okay.  Was he facing forward, or was he facing
 9 the rear of the car when he went in the car again --
10      A.    He was facing --
11      Q.    -- if you recall?
12      A.    -- I think, the same way.  Because he got out
13 like that.  I think he just went in.
14      Q.    So when he got out, you indicated his hands
15 were up, kind of above his shoulders --
16      A.    Yes.
17      Q.    -- he was facing which direction?
18      A.    Towards the back of the car, I guess.  Kind of
19 towards the back, I would say.
20      Q.    Okay.  And then they fired two or three bean
21 bag rounds?
22      A.    I saw two or three hit him.
23      Q.    Okay.  And then he went back into the car?
24      A.    Yeah.
25      Q.    How long was he standing out of the car the
```

Atkinson Baker, a Veritext Company
www.depo.com

```
1        Q.   Okay.  So when Juan goes up -- runs up the dirt
2   alleyway, and then he climbs over the fence into your
3   front yard; is that right?
4        A.   Yeah.
5        Q.   What did you see next?  What did he do?
6        A.   When he went in the yard?
7        Q.   Yeah.
8        A.   He was going towards the door.
9        Q.   Okay.  Did he say anything during the time he
10  left his car the second time and ran and came over the
11  fence in the front yard?
12       A.   He was saying, "Help me" --
13       Q.   Okay.  Where was he -- sorry.
14       A.   -- in Spanish.
15       Q.   In Spanish he said, "Help me"?
16       A.   Yes.
17       Q.   And where was he when you heard him say "Help
18  me" in Spanish?
19       A.   I think he was running in the alley.
20       Q.   Okay.  You think he said it as he was on the
21  dirt alleyway?
22       A.   When he was up on the gate.
23       Q.   When he was about to climb over the gate, the
24  fence there?
25       A.   The gate didn't open.
```