# EXHIBIT 2

```
 1                 UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4   V.R., a minor, by and through her      )
     guardian ad litem Ariana Toscano,      )
 5   individually and as successor in       )
     interest to Juan Ramon Ramos, deceased;)
 6   and RAMONA TERRAZAS, individually,     )
                                            )
 7                  Plaintiffs,             )
                                            )
 8                  vs.                     )Case No.
                                            )5:19-CV-01023-JGB-SP
 9   COUNTY OF SAN BERNARDINO; GARY WHEELER;)
     THUN HOUN; JASON CALVERT; and DOES 4-  )
10   10, inclusive,                         )
                                            )
11                  Defendants.             )
     _____)
12

13

14           REMOTE VIDEOCONFERENCE DEPOSITION OF

15                  DEPUTY MARIUSZ KUSKOWSKI

16                  MONDAY, FEBRUARY 15, 2021

17

18

19

20

21

22

23   Reported Stenographically by:

24   Jinna Grace Kim, CSR No. 14151

25   Job No.:  326801
```

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4    V.R., a minor, by and through her     )
      guardian ad litem Ariana Toscano,     )
 5    individually and as successor in      )
      interest to Juan Ramon Ramos, deceased;)
 6    and RAMONA TERRAZAS, individually,    )
                                            )
 7                   Plaintiffs,            )
                                            )
 8                   vs.                    )Case No.
                                            )5:19-CV-01023-JGB-SP
 9    COUNTY OF SAN BERNARDINO; GARY WHEELER;)
      THUN HOUN; JASON CALVERT; and DOES 4- )
10    10, inclusive,                        )
                                            )
11                   Defendants.            )
      _____)
12

13

14         The remote videoconference deposition of DEPUTY

15    MARIUSZ KUSKOWSKI, taken on behalf of the Plaintiffs,

16    beginning at 1:02 p.m., and ending at 2:25 p.m., on Monday,

17    February 15, 2021, before Jinna Grace Kim, a Certified

18    Stenographic Shorthand Reporter No. 14151, reported from

19    Sherman Oaks, California, licensed in the State of

20    California.

21

22

23

24

25
```

```
 1

 2    APPEARANCES OF COUNSEL:

 3
      For the Plaintiffs:
 4
                LAW OFFICES OF DALE K. GALIPO
 5              BY:  DALE K. GALIPO, ESQ.
                BY:  RENEE V. MASONGSONG, ESQ.
 6              21800 Burbank Boulevard, Suite 310
                Woodland Hills, California 91367
 7              Tel:  818-347-3333
                Fax:  818-347-4118
 8              E-mail:  dalekgalipo@yahoo.com
                E-mail:  rvalentine@galipolaw.com
 9

10    For the Defendants:

11              SILVER & WRIGHT LLP
                BY:  JOHN M. FUJII, ESQ.
12              BY:  ADRIANNA C. PAIGE, ESQ.
                3 Corporate Park, Suite 100
13              Irvine, California 92606
                Tel:  (949) 385-6431
14              Fax:  (none)
                E-mail:  jfujii@silverwrightlaw.com
15              E-mail:  apaige@silverwrightlaw.com

16

17

18

19

20

21

22

23

24

25
```

```
 1         Were you watching him when he was running north in
 2   the alley before he went over the fence?
 3      A.  Yes.
 4      Q.  Were you watching him continuously from the time he
 5   started to run north to the time he went over the fence?
 6      A.  Yes.
 7      Q.  And could you see any other people in the alley when
 8   he was running northbound other than him?
 9      A.  No, sir, I could not.
10      Q.  And did you hear any shots being fired of any kind
11   as he was running northbound?
12      A.  No.
13      Q.  The lethal shot, when did you hear the firearm
14   shot?
15      A.  Sir, I did not hear the firearm.
16      Q.  So are you saying that, you know now there was a
17   shot fired from a firearm, but at the time you did not know
18   that?
19      A.  At the initial time when the shooting occurred, I
20   did not know.
21      Q.  You found out at some point afterwards?
22      A.  Yes, sir.
23      Q.  So what I'm asking now is when he got out the second
24   time, did you hear any rounds being fired?
25          I'm not going to ask you to distinguish, but did you
```

1                           CERTIFICATE

2                               OF

3           CERTIFIED STENOGRAPHIC SHORTHAND REPORTER

4

5           I, JINNA GRACE KIM, CSR No. 14151, a Certified

6    Stenographic Shorthand Reporter of the State of California,

7    do hereby certify:

8           That the foregoing proceedings were taken before me

9    at the time and place herein set forth;

10          That any witnesses in the foregoing proceedings,

11   prior to testifying, were placed under oath;

12          That a verbatim record of the proceedings was made

13   by me, using machine shorthand, which was thereafter

14   transcribed under my direction;

15          Further, that the foregoing is an accurate

16   transcription thereof.

17          I further certify that I am neither financially

18   interested in the action, nor a relative or employee of any

19   attorney of any of the parties.

20

21          IN WITNESS WHEREOF, I have subscribed my name, this

22   date:  February 15, 2021.

23

24   _____
            Jinna Grace Kim, CSR No. 14151
25