EXHIBIT 15

