# EXHIBIT 17

