# EXHIBIT 19

2018-07-22 T23:52:41Z
AXON FLEX 2 X83029721
0:00:35
0:00:11

