UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 5 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| V. R., a minor, by and through her guardian ad litem Ariana Toscano, individually and as successor in interest to Juan Ramon Ramos, deceased, <br><br> Plaintiff-Appellee, <br><br> and <br><br> RAMONA TERRAZAS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO; et al., <br><br> Defendants-Appellants, <br><br> and <br><br> DOES, 4-10, inclusive, <br><br> Defendant. | No. 22-55242 <br><br> D.C. No. 5:19-cv-01023-JGB-SP Central District of California, Riverside <br><br> ORDER |

Before: PAEZ and RAWLINSON, Circuit Judges.

The court has received appellants' emergency motion for a stay of district court proceedings.

The request for an immediate stay of district court proceedings is denied. The response to the motion is due by 9:00 am Pacific Time on Thursday, April 7,

AC/MOATT

2022.  The optional reply in support of the motion is due by 9:00 am Pacific Time on Friday, April 8, 2022.