LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.R., a minor, by and through her guardian *ad litem* Ariana Toscano, individually and as successor in interest to Juan Ramon Ramos, deceased; and RAMONA TERRAZAS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; GARY WHEELER; THUN HOUN; JASON CALVERT; and DOES 4-10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-01023-JGB-SP<br><br>[*Honorable Jesus G. Bernal*]<br><br>**PLAINTIFFS' AMENDED EXHIBIT LIST**<br><br>FPTC: March 7, 2022<br>Trial:   April 12, 2022 |

TO THIS HONORABLE COURT:

    Plaintiffs hereby submit the following proposed amended exhibit list. Plaintiffs respectfully reserve the right to amend this list to the extent permitted by law.

DATED: April 7, 2022        LAW OFFICES OF DALE K. GALIPO

                              By      /s/ *Renee V. Masongsong*
                                  Dale K. Galipo
                                  Renee V. Masongsong
                                  Attorneys for Plaintiffs

# PLAINTIFFS' AMENDED EXHIBIT LIST

Case No: 5:19-cv-01023

Case Name: *V.R., et al. v. County of San Bernardino, et al.*

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Photographs of the scene | | |
| 2. | Photograph of Gary Wheeler's firearm | | |
| 3. | Photographs of the Taser | | |
| 4. | Photographs of the beanbag shotgun | | |
| 5. | Video from body-worn camera of Rialto Police Department Officer Dane Stordahl | | |
| 6. | Video from body-worn camera of Deputy Charles Lopez | | |
| 7. | Video from body-worn camera of Deputy Kuskowski | | |
| 8. | Video from body-worn camera of Deputy Thun Houn | | |
| 9. | Hospital response photos | | |
| 10. | Taser download (COSB 00217) | | |
| 11. | Cell phone video recorded by Abraham Terrazas | | |
| 12. | Recorded Interview of Thun Houn with transcript | | |

| Case No: 5:19-cv-01023 ||||
|---|---|---|---|
| Case Name: *V.R., et al. v. County of San Bernardino, et al.* ||||
| Exhibit No. | Description | Date Identified | Date Admitted |
| 13. | Recorded Interview of Jason Calvert with transcript | | |
| 14. | Recorded Interview of Gary Wheeler with transcript | | |
| 15. | Photographs of Gary Wheeler in uniform | | |
| 16. | Photographs of Thun Houn in uniform | | |
| 17. | Photographs of Jason Calvert in uniform | | |
| 18. | Relevant portions of the San Bernardino Sheriff's Department Policy on the Use of Force (COSB 00178-182) | | |
| 19. | Relevant portions of the Autopsy Report (COSB 00219-226) | | |
| 20. | Autopsy Photographs | | |
| 21. | Photographs of Plaintiff V.R. | | |
| 22. | Photographs of Plaintiff Ramona Terrazas with Mr. Ramos | | |
| 23. | Photographs of Plaintiff V.R. with Mr. Ramos | | |
| 24. | Relevant Medical Records regarding Mr. Ramos' injuries | | |

| Case No: 5:19-cv-01023 |||||
|---|---|---|---|---|
| Case Name: *V.R., et al. v. County of San Bernardino, et al.* |||||
| Exhibit No. | Description | | Date Identified | Date Admitted |
| | from the incident (COSB 00137-160) | | | |
| 25. | Funeral and burial expenses | | | |
| 26. | Cards and letters exchanged between Plaintiffs and Mr. Ramos | | | |
| 27. | Mr. Ramos' documentation of employment | | | |
| 28. | Still shots taken from the video of Dane Stordahl | | | |
| 29. | Still shots taken from Deputy Thun Houn's body-worn camera video | | | |
| 30. | Still shots taken from Dane Stordahl's body worn camera video used as exhibits during the deposition of Gary Wheeler | | | |
| 31. | C.V. of Scott DeFoe | | | |
| 32. | Rule 26 Initial and Rebuttal Reports by Scott DeFoe | | | |
| 33. | Still shots taken from Deputy Charles Lopez' body worn camera video | | | |
| 34. | Still shots taken from Deputy Mariusz Kuskoswki's body worn camera video | | | |

| Case No: 5:19-cv-01023 |||||
|---|---|---|---|---|
| Case Name: *V.R., et al. v. County of San Bernardino, et al.* |||||
| Exhibit No. | Description | Date Identified | Date Admitted ||
| 35. | Video clips taken from Dane Stordahl's body worn camera | | ||
| 36. | Video clips taken from Charles Lopez's body worn camera | | ||
| 37. | Video clips taken from Houn's body worn camera | | ||
| 38. | Video clip taken from Kuskowski's body worn camera | | ||

Dated: April 7, 2022                    LAW OFFICES OF DALE K. GALIPO

                                            By:       */s/ Renee V. Masongsong*
                                                             Dale K. Galipo
                                                             Renee V. Masongsong
                                                             Attorneys for Plaintiffs