UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 11 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| V. R., a minor, by and through her guardian ad litem Ariana Toscano, individually and as successor in interest to Juan Ramon Ramos, deceased,<br><br>    Plaintiff-Appellee,<br><br> and<br><br>RAMONA TERRAZAS; et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>COUNTY OF SAN BERNARDINO; et al.,<br><br>    Defendants-Appellants,<br><br> and<br><br>DOES, 4-10, inclusive,<br><br>    Defendant. | No. 22-55242<br><br>D.C. No. 5:19-cv-01023-JGB-SP<br>Central District of California, Riverside<br><br>ORDER |

Before:  PAEZ and RAWLINSON, Circuit Judges.

 Appellants' opposed emergency motion for a stay pending appeal (Docket Entry No. 8) is denied.  *See Nken v. Holder*, 556 U.S. 418 (2009).

 The briefing schedule established previously remains in effect.

AB/MOATT