## CIVIL MINUTES - TRIAL

| Case No. | EDCV19-01023-JGB(SPx) | Date | April 13, 2022 |
|---|---|---|---|

| Title: | V.R., et al. v. County of San Bernardino, et al. |
|---|---|

| Present: The Honorable | JESUS G. BERNAL, U.S. DISTRICT JUDGE |
|---|---|

| M. Galvez/T. Carrillo | Phyllis A. Preston |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo<br>Renee Masongsong | John M. Fujii<br>Adrianna C. Paige |

Day Court Trial ___2ⁿᵈ___ Day Jury Trial _____

One day trial: ___ Begun (1ˢᵗ day); ✔ Held & Continued; ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

✔ Witnesses called, sworn and testified. ✔ Exhibits Identified ✔ Exhibits admitted.

___ Plaintiff(s) rest. ___ Defendant(s) rest.

___ Closing arguments made by ___ plaintiff(s) ___ defendant(s). ___ Court instructs jury.

___ Bailiff(s) sworn. ___ Jury retires to deliberate. ___ Jury resumes deliberations.

___ Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.

___ Jury polled. ___ Polling waived.

___ Filed Witness & Exhibit Lists ___ Filed jury notes. ___ Filed jury instructions.

___ Judgment by Court for ___ plaintiff(s) ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).

___ Case submitted. Briefs to be filed by _____

___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.

___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.

___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

✔ Case continued to April 14, 2022, at 9:00 a.m. for further trial/further jury deliberation.

___ Other: _____

___6___ : _____

Initials of Deputy Clerk ___mg/tc___

cc: