# CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | EDCV19-01023-JGB(SPx) |
| Title: | V.R., et al. v. County of San Bernardino, et al. |
| Date | April 15, 2022 |

Present: The Honorable **JESUS G. BERNAL, U.S. DISTRICT JUDGE**

| M. Galvez/T. Carrillo | Phyllis A. Preston |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo | John M. Fujii |
| Renee Masongsong | Adrianna C. Paige |

___ Day Court Trial    4th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ✔ Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
✔ Witnesses called, sworn and testified.   ✔ Exhibits Identified   ✔ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____ is ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
✔ Case continued to   April 19, 2022, at 9:00 a.m.   for further trial/further jury deliberation.
✔ Other:   Status conference set for Monday, April 18, 2022 at 1:00 p.m.
           Plaintiffs motion dismissing punitive damages is granted.

3 : 30

Initials of Deputy Clerk    mg/tc

cc: