UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION



FILED
CLERK, U.S. DISTRICT COURT
APR 20 2022
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

JURY NOTE

# JURY NOTE • NUMBER __1__

Case No. EDCV19-01023-JGB(SPx)

Title: V.R., et al. v COUNTY OF SAN BERNARDINO, et al.
=================================================================

☐ The Jury has reached a unanimous verdict.

☐ Other:

JUROR #1 ▓▓▓▓▓▓▓ *(Juror #1)*

THE FOREPERSON IS ▓▓▓▓▓▓▓ *(Juror #1)*

WE INTEND TO STAY UNTIL 4:30 TODAY

Dated this __20th__ day of __APRIL__, 20__22__.

Time: 3 : 45 ~~am~~/pm

▓▓▓▓▓▓▓ *(Juror #1)*
Foreperson of the Jury

Court's Response: