Redacted

FILED
CLERK, U.S. DISTRICT COURT

APR 2 1 2022

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.R., A MINOR, AND RAMONA TERRAZAS, | Case No.  5:19-cv-01023-JGB-SP |
| Plaintiffs, | *Honorable Jesus G. Bernal* |
| v. | **SPECIAL VERDICT** |
| COUNTY OF SAN BERNARDINO; GARY WHEELER; AND THUN HOUN, | |
| Defendants. | |

We, the jury in the above-entitled action, find the following:

**QUESTION 1:** Did either of the deputy defendants use excessive or unreasonable force against Juan Ramos?

Thun Houn        _____ YES        ____✓____ NO

Gary Wheeler        ____✓____ YES        _____ NO

       *If you answered "yes" to Question 1 as to either deputy defendant, please answer Question 2 for that deputy defendant. If you answered "no" to Question 1 as to both deputy defendants, please proceed to Question 4.*

**QUESTION 2:** Was the use of excessive or unreasonable force against Juan Ramos by either of the deputy defendants a substantial factor in causing harm, injury, damage, or death to Juan Ramos?

Thun Houn        _____ YES        _____ NO

Gary Wheeler        ____✓____ YES        _____ NO

       *If you answered "yes" to Question 2 as to either deputy defendant, please answer Question 3 for that deputy defendant. If you answered "no" to Question 2 as to both deputy defendants, please proceed to Question 4.*

**QUESTION 3:** Did any of the deputy defendants violate the Bane Act by using force against Juan Ramos?

Thun Houn       _____ YES       _____ NO

Gary Wheeler       ____✓____ YES       _____ NO

*Please proceed to the next question.*

**QUESTION 4:** Were either of deputy defendants negligent?

Thun Houn       _____ YES       ____✓____ NO

Gary Wheeler       ____✓____ YES       _____ NO

*If you answered "no" to Question 1 or 2 for each of the deputy defendants and "no" to question 4 for both deputy defendants, answer no further questions, and sign and date the verdict form.*

*If you answered "yes" to either defendant on Question 4, then please proceed to Question 5 as to that deputy defendant.*

**QUESTION 5:** Was the negligence of either of the deputy defendants a substantial factor in causing the death of Juan Ramos?

Thun Houn       _____ YES       ____✓____ NO

Gary Wheeler       ____✓____ YES       _____ NO

5:19-01023-JGB-SP
SPECIAL JURY VERDICT FORM

1

2    *If you answered "no" to Question 1 or 2 for each of the deputy defendants*

3    *and "no" to question 5 for both deputy defendants, answer no further questions, and*

4    *sign and date the verdict form.*

5    *If you answered "yes" to either deputy defendant on Question 5, then please*

6    *proceed to Question 6.*

7

8    **QUESTION 6:**  Was Juan Ramos negligent?

9

10   _____✓___ YES        _____ NO

11

12   *If you answered "yes" to Question 6, please answer Question 7.  If you*

13   *answered "no" to Question 6, please proceed to Question 9.*

14

15   **QUESTION 7:** Was Juan Ramos's negligence a substantial factor in causing his

16   death?

17

18   _____ YES        ____✓____ NO

19

20   *If you answered "yes" to Question 7, please answer Question 8.  If you*

21   *answered "no" to Question 7, please proceed to Question 9.*

22

23   **QUESTION 8:** What percentage of negligence that was a cause of Juan Ramos's

24   death do you assign to the deputy defendant, and what percentage of negligence that

25   was cause of Juan Ramos's death do you assign to Juan Ramos, if any? (Your total

26   should equal 100%). Only apportion a percentage if you find that party's negligence

27   was a substantial factor in causing Juan Ramos's death.

28

- 4 -                                    5:19-01023-JGB-SP

Thun Houn _____%

Gary Wheeler _____%

Juan Ramos _____%

*Please proceed to the next question, but answer Question 9 only if you answered "yes" as to either deputy defendant on Question 2.*

**QUESTION 9:** What are Juan Ramos's damages for his pre-death pain and suffering and loss of life?

Pre-death pain and suffering $ 250,000

Loss of life $ 1,750,000

*Please proceed to the next Question, but only answer Question 10 if you answered "yes" as to either deputy defendant on Question 2.*

**QUESTION 10:** Did either of the deputy defendants interfere with the Plaintiffs' right to a familial relationship with Juan Ramos?

Thun Houn _____ YES ____✓____ NO

Gary Wheeler ____✓____ YES _____ NO

5:19-01023-JGB-SP
SPECIAL JURY VERDICT FORM

*Proceed to Question 11 only if you answered yes to Question 2, 5 or 10 as to either deputy defendant. Only answer Question 11 as to Ramona Terrazas if you answered "yes" as to either deputy defendant on Question 10.*

**QUESTION 11:** What are the Plaintiffs' wrongful death damages for the loss of Juan Ramos?

V.R.'s past wrongful death damages $ 600,000

V.R.'s future wrongful death damages $ 1,400,000

Ramona Terrazas's past wrongful death damages $ 150,000

Ramona Terrazas's future wrongful death damages $ 350,000

You have now completed this verdict form. Please have the foreperson date and sign below.

Dated: 4/21/2022            ███████████

Presiding Juror (Foreperson)