Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
LAW OFFICES OF DALE K. GALIPO
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.R., a minor, by and through her guardian *ad litem* Ariana Toscano, individually and as successor in interest to Juan Ramon Ramos, deceased; and RAMONA TERRAZAS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; GARY WHEELER; THUN HOUN,<br><br>Defendants. | Case No. 5:19-cv-01023-JGB-SP<br><br>[*Honorable Jesus G. Bernal*]<br><br>**[PROPOSED] JUDGMENT** |

The trial of this action began on April 12, 2022, in Courtroom 1 of the United States District Court, Central District of California, Honorable Jesus G. Bernal, presiding. Plaintiffs Ramona Terrazas and V.R. were represented by attorneys Dale K. Galipo and Renee V. Masongsong at trial. Defendants County of San Bernardino, Gary Wheeler, and Thun Houn were represented by attorneys John Fuji and Adrianna Paige of Silver & Wright at trial.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. The jury of eight deliberated and thereafter returned a verdict as follows:

**QUESTION 1:** Did either of the deputy defendants use excessive or unreasonable force against Juan Ramos?

Thun Houn          _____ YES          ___X_____ NO

Gary Wheeler       ____X_____ YES          _____ NO

*If you answered "yes" to Question 1 as to either deputy defendant, please answer Question 2 for that deputy defendant. If you answered "no" to Question 1 as to both deputy defendants, please proceed to Question 4.*

**QUESTION 2:** Was the use of excessive or unreasonable force against Juan Ramos by either of the deputy defendants a substantial factor in causing harm, injury, damage, or death to Juan Ramos?

Thun Houn          _____ YES          _____ NO

Gary Wheeler       ____X_____ YES          _____ NO

*If you answered "yes" to Question 2 as to either deputy defendant, please answer Question 3 for that deputy defendant. If you answered "no" to Question 2 as to both deputy defendants, please proceed to Question 4.*

**QUESTION 3:** Did any of the deputy defendants violate the Bane Act by using force against Juan Ramos?

Thun Houn          _____ YES          _____ NO

Gary Wheeler       ___X_____ YES          _____ NO

*Please proceed to the next question.*

**QUESTION 4:** Were either of deputy defendants negligent?

Thun Houn          _____ YES          ___X_____ NO

Gary Wheeler       ___X_____ YES          _____ NO

*If you answered "no" to Question 1 or 2 for each of the deputy defendants and "no" to question 4 for both deputy defendants, answer no further questions, and sign and date the verdict form.*

*If you answered "yes" to either defendant on Question 4, then please proceed to Question 5 as to that deputy defendant.*

**QUESTION 5:** Was the negligence of either of the deputy defendants a substantial factor in causing the death of Juan Ramos?

Thun Houn          _____ YES          ___X_____ NO

Gary Wheeler       ___X_____ YES          _____ NO

1    *If you answered "no" to Question 1 or 2 for each of the deputy defendants*
2    *and "no" to question 5 for both deputy defendants, answer no further questions, and*
3    *sign and date the verdict form.*
4    *If you answered "yes" to either deputy defendant on Question 5, then please*
5    *proceed to Question 6.*

7    **QUESTION 6:** Was Juan Ramos negligent?

9    \_\_\_X\_\_\_ YES       _____ NO

11   *If you answered "yes" to Question 6, please answer Question 7.  If you*
12   *answered "no" to Question 6, please proceed to Question 9.*

14   **QUESTION 7:** Was Juan Ramos's negligence a substantial factor in causing his
15   death?

17   _____ YES       \_\_\_X\_\_\_ NO

19   *If you answered "yes" to Question 7, please answer Question 8.  If you*
20   *answered "no" to Question 7, please proceed to Question 9.*

22   **QUESTION 8:** What percentage of negligence that was a cause of Juan Ramos's
23   death do you assign to the deputy defendant, and what percentage of negligence that
24   was cause of Juan Ramos's death do you assign to Juan Ramos, if any? (Your total
25   should equal 100%). Only apportion a percentage if you find that party's negligence
26   was a substantial factor in causing Juan Ramos's death.

1            Thun Houn           _____%

3            Gary Wheeler         _____%

5            Juan Ramos          _____%

*Please proceed to the next question, but answer Question 9 only if you answered "yes" as to either deputy defendant on Question 2.*

**QUESTION 9:** What are Juan Ramos's damages for his pre-death pain and suffering and loss of life?

         Pre-death pain and suffering    $ 250,000

         Loss of life                    $ 1,750,000

*Please proceed to the next Question, but only answer Question 10 if you answered "yes" as to either deputy defendant on Question 2.*

**QUESTION 10:** Did either of the deputy defendants interfere with the Plaintiffs' right to a familial relationship with Juan Ramos?

Thun Houn      _____ YES      ___X___ NO

Gary Wheeler    ___X___ YES      _____ NO

*Proceed to Question 11 only if you answered yes to Question 2, 5 or 10 as to either deputy defendant. Only answer Question 11 as to Ramona Terrazas if you answered "yes" as to either deputy defendant on Question 10.*

**QUESTION 11:** What are the Plaintiffs' wrongful death damages for the loss of Juan Ramos?

V.R.'s past wrongful death damages $ 600,000

V.R.'s future wrongful death damages $ 1,400,000

Ramona Terrazas's past wrongful death damages $ 150,000

Ramona Terrazas's future wrongful death damages $ 350,000

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

Total judgment in the sum of $4,500,000, plus costs, pursuant to Federal Rule of Civil Procedure 54(d)(1), interest calculated from the date of the entry of judgment, at the rate specified by 28 U.S.C. §1961, and reasonable statutory attorneys' fees and costs as may be awarded by the court, is entered against the County of San Bernardino and Gary Wheeler and in favor of Plaintiffs Ramona Terrazas and V.R. Ramona Terrazas and V.R. are the prevailing parties and may apply to the court for an award of costs and reasonable statutory attorneys' fees as permitted by federal and state law.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Jesus G. Bernal
United States District Court
Central District of California