JOHN M. FUJII, SBN 172718
JFujii@SilverWrightLaw.com
MAHADHI CORZANO, SBN 254905
MCorzano@SilverWrightLaw.com
GRANT C. FURUKAWA, SBN 335015
GFurukawa@SilverWrightLaw.com
SILVER & WRIGHT LLP
3 Corporate Park, Suite 100
Irvine, California 92606
Phone: 949-385-6431
Fax:   949-385-6428

Attorneys for Defendants
County of San Bernardino, Gary Wheeler,
and Thun Houn

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.R., a minor, by and through her guardian *ad litem* Ariana Toscano, individually and as successor in interest to Juan Ramon Ramos, deceased; and RAMONA TERRAZAS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; GARY WHEELER; THUN HOUN; JASON CALVERT; and DOES 4-10, inclusive,<br><br>Defendants. | Case No.:    5:19-cv-01023-JGB-SP<br>Judge:        Jesus G. Bernal<br>Mag. Judge:  Sheri Pym<br><br>**DEFENDANTS COUNTY OF SAN BERNADINO AND GARY WHEELER'S OPPOSITION TO PLAINTIFFS' MOTION TO TAX COSTS** |

# NOTICE OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO TAX COSTS

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**DEFENDANTS COUNTY OF SAN BERNARDINO AND GARY WHEELER** hereby submit the following Memorandum of Points and Authorities in support of their Opposition to Plaintiffs' Application to Tax Costs. Defendants' objections are set forth in Exhibit "A" attached hereto.

Dated: July 8, 2022

SILVER & WRIGHT LLP

By: __/s/ Mahadhi Corzano_____
JOHN M. FUJII
MAHADHI CORZANO
GRANT C. FURUKAWA
Attorneys for Defendants
County of San Bernardino and
Gary Wheeler

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. PLAINTIFFS' CLAIMED COSTS ARE NOT RECOVERABLE UNDER L.R. 54-3

Defendants' objections to Plaintiffs' claimed costs are set forth in Exhibit "A" attached hereto as "Exhibit 'A'". Plaintiffs are seeking several costs that are not recoverable under the Bill of Costs Handbook and L.R. 54-3. These unallowed costs total $7,646.90; and thus, Plaintiffs' requested costs should be reduced by this amount.

Dated: July 8, 2022     SILVER & WRIGHT LLP

By: __/s/ Mahadhi Corzano_____
JOHN M. FUJII
MAHADHI CORZANO
GRANT C. FURUKAWA
Attorneys for Defendants
County of San Bernardino and
Gary Wheeler