LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (Bar No. 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:    (818) 347-3333
Fax:    (818) 347-4118

*Attorneys for Plaintiffs V.R., et al.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.R., a minor, et al.,<br><br>                   Plaintiffs,<br><br>          vs.<br><br>COUNTY OF SAN BERNARDINO<br>and GARY WHEELER,<br><br>                   Defendants. | Case No. 5:19-cv-01023-JGB-SP<br><br>[*Honorable Jesus G. Bernal*]<br><br>**JOINT STIPULATION<br>REGARDING JUDGMENT** |

///
///
///
///
///
///
///
///

**TO THIS HONORABLE COURT:**

COME NOW, Plaintiffs V.R., a minor, by and through her guardian ad litem Ariana Toscano, and Ramona Terrazas, along with each and every formerly named Plaintiffs (Abraham Terrazas, Blanca Zuniga, David Zuniga Sr., David Zuniga, Jr., and Josue Zuniga), and Defendants County of San Bernardino and Gary Wheeler, along with each of the formerly named Defendants (Jason Calvert and Thun Houn), by and through their counsel of record, and hereby stipulate as follows:

WHEREAS, on December 20, 2019, Plaintiffs filed their Second Amended Complaint (Dkt. No. 30), asserting an 11th Claim for Relief based on Negligent Infliction of Emotional Distress on behalf of Decedent Juan Ramon Ramos' extended family members, Abraham Terrazas, Blanca Zuniga, David Zuniga Sr., David Zuniga, Jr., and Josue Zuniga.

WHEREAS, on April 28, 2020, this Court issued its Order granting Defendants' motion to dismiss Plaintiffs' 11th Claim for Relief from the Second Amended Complaint (Dkt. No. 37), thereby dismissing Plaintiffs Abraham Terrazas, Blanca Zuniga, David Zuniga Sr., David Zuniga, Jr., and Josue Zuniga from this action.

WHEREAS, right before trial commenced, Plaintiffs dismissed Jason Calvert as a Defendant from this action.

WHEREAS, on April 12, 2022, the trial in this action was held to adjudicate the remaining claims of Plaintiffs V.R., by and through her guardian ad litem Ariana Toscano, and Ramona Terrazas, against Defendants County of San Bernardino, Thun Houn, and Gary Wheeler.

WHEREAS, on April 21, 2022, the jury returned a unanimous verdict in favor of Plaintiffs V.R. and Ramona Terrazas, and awarding damages solely to Plaintiffs V.R. and Ramona Terrazas and against the County of San Bernardino and Gary Wheeler (Dkt. No. 162). The jury's unanimous verdict was in favor of Defendant Thun Houn against Plaintiffs V.R. and Ramona Terrazas.

1        WHEREAS, on November 21, 2022, this Court issued its order granting

2  Plaintiffs' Ex Parte Application to Approve the Claims of the Minor Plaintiff (Dkt.

3  No. 188) and specifying that the settlement proceeds in the amount of $5,250,000

4  shall be made payable as follows:

5           (a)  A draft for $2,890,982.85 shall be made payable to the Law Offices of

6                Galipo, Client Trust Account as satisfaction of: the contingency

7                attorney's fees owed to the Law Offices of Dale K. Galipo; the

8                statutory attorney's fees owed to the Law Offices of Dale K. Galipo;

9                the costs advanced by Plaintiffs' attorneys; and Plaintiff Ramona

10               Terrazas' net portion of the settlement.

11          (b)  A draft for $2,359,017.15 to Met Life Assignment Company, Inc. to

12               purchase a structured annuity for the minor Plaintiff V.R.

13        WHEREAS, the parties hereby stipulate and agree that no monies are owed to

14  the dismissed former Plaintiffs (Abraham Terrazas, Blanca Zuniga, David Zuniga

15  Sr., David Zuniga, Jr., and Josue Zuniga) from either the jury's verdict or the

16  parties' subsequent settlement, given that they were dismissed as Plaintiffs to the

17  lawsuit.

18        WHEREAS, the parties further stipulate and agree, by and through their

19  counsel of record, that neither Plaintiffs V.R. and Ramona Terrazas, nor any of the

20  formerly named Plaintiffs (Abraham Terrazas, Blanca Zuniga, David Zuniga Sr.,

21  David Zuniga, Jr., and Josue Zuniga) will appeal the judgment in this action.

22        WHEREAS, the parties also stipulate and agree, by and through their counsel

23  of record, that neither the County of San Bernardino or Gary Wheeler, nor any of

24  the formerly named Defendants (Thun Houn and Jason Calvert) will appeal the

25  judgment in this action.

26        WHEREAS, the parties also stipulate and agree that Plaintiffs V.R. and

27  Ramona Terrazas will not file any motion for their attorney's fees in this action, and

28  Defendants will not file any post-trial motions.

1    IT IS SO STIPULATED.

2

3    DATED: December 9, 2022          SILVER & WRIGHT LLP

4
                                 By:  /s/ John M. Fujii
5                                     John M. Fujii
6                                     Mahadhi Corzano
                                      *Attorneys for Defendants*
7

8                                     LAW OFFICES OF DALE K. GALIPO
9    DATED: December 9, 2022
10

11                               By:  /s/ Renee V. Masongsong[1]
12                                    Dale K. Galipo
                                      Renee V. Masongsong
13                                    *Attorney for Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26
    _____

27   [1]Pursuant to LR 5-4.3.4(a)(2(i)as the filer of this document, I attest that all other
     signatories listed, and on whose behalf the filing is submitted, concur in the filing's
28   content and have authorized its filing.