UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.R., a minor, by and through her guardian *ad litem* Ariana Toscano, individually and as successor in interest to Juan Ramon Ramos, deceased; and RAMONA TERRAZAS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; GARY WHEELER; THUN HOUN; JASON CALVERT; and DOES 4-10, inclusive,<br><br>Defendants. | Case No.:   5:19-cv-01023-JGB-SP<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING SETTLEMENT PAYMENTS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Stipulation of Plaintiffs V.R., a minor, by and through her guardian ad litem Ariana Toscano, and Ramona Terrazas (collectively, "Plaintiffs"), and Defendants County of San Bernardino and Gary Wheeler (collectively, "Defendants") to extend Defendants' deadline to deliver the settlement proceeds to Plaintiffs, and GOOD CAUSE having been shown, this Court hereby grants the Stipulation as follows:

1. The December 15, 2022 deadline in the Court's granting Plaintiffs' Ex Parte Application to Approve Minor's Compromise (Dkt. No. 188) for Defendants to deliver the settlement proceeds to Plaintiffs is extended to December 30, 2022.

IT IS SO ORDERED.

DATED: December 22, 2022

_____
HON. JESUS G. BERNAL
United States District Judge